**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | **Order** |
| SEARCH OF ERICK ROY PENOR | ) | |
| | ) | Case No.  4:08-mj-055 |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant with attachments, including the Affidavit of Special Agent Hal S. Stutsman, Federal Bureau of Investigation, Search Warrant Return, and the Government's Motion to Seal, are sealed until further order of the court.

Dated this 15th day of December, 2008.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge